DANIEL G. BOGDEN
United States Attorney
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

FILED
OCT 19 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:10-CR-520 |
| vs. | VIOLATIONS: |
| SHAWN TALBOT RICE, | 18 U.S.C. § 3146(a)(1) - Failure to Appear |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
### Failure to Appear

On or about March 8, 2010, in the State and Federal District of Nevada, the defendant,

**SHAWN TALBOT RICE,**

having been charged with violations of Title 18, United States Code, Section 1956(h) - Conspiracy and Title 18, United States Code, Section 1956(a)(3) - Money Laundering, felonies, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before the Honorable Robert J. Johnston, at 10:30 a.m. on Monday, March 8, 2010 for a hearing in

1  Case No. 2:09-CR-078-JCM-(RJJ), entitled *United States v. Samuel Davis and Shawn Rice*,
2  did knowingly and willfully fail to appear as required, in violation of 18 U.S.C. § 3146(a)(1).

### COUNT TWO
Failure to Appear

On or about March 9, 2010, in the State and Federal District of Nevada, the defendant,

**SHAWN TALBOT RICE,**

having been charged with violations of Title 18, United States Code, Section 1956(h) - Conspiracy and Title 18, United States Code, Section 1956(a)(3) - Money Laundering, felonies, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before the Honorable Robert J. Johnston, at 11:00 a.m. on Monday, March 9, 2010, for a hearing in Case No. 2:09-CR-078-JCM-(RJJ), entitled *United States v. Samuel Davis and Shawn Rice*, did knowingly and willfully fail to appear as required, in violation of 18 U.S.C. § 3146(a)(1).

### COUNT THREE
Failure to Appear

On or about June 16, 2010, in the State and Federal District of Nevada, the defendant,

**SHAWN TALBOT RICE,**

having been charged with violations of Title 18, United States Code, Section 1956(h) - Conspiracy and Title 18, United States Code, Section 1956(a)(3) - Money Laundering, felonies, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before the Honorable James C. Mahan, at 1:30 p.m. on Wednesday, June 16, 2010, for calendar call in Case No. 2:09-CR-078-JCM-(RJJ), entitled *United States v. Samuel Davis and Shawn*

*Rice*, did knowingly and willfully fail to appear as required, in violation of 18 U.S.C. § 3146(a)(1).

### COUNT FOUR
Failure to Appear

On or about June 21, 2010, in the State and Federal District of Nevada, the defendant,

**SHAWN TALBOT RICE,**

having been charged with violations of Title 18, United States Code, Section 1956(h) - Conspiracy and Title 18, United States Code, Section 1956(a)(3) - Money Laundering, felonies, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before the Honorable James C. Mahan, at 9:00 a.m. on Monday, June 21, 2010 for trial in Case No. 2:09-CR-078-JCM-(RJJ), entitled *United States v. Samuel Davis and Shawn Rice*, did knowingly and willfully fail to appear as required, in violation of 18 U.S.C. § 3146(a)(1).

DATED: this 19th day of October 2010.

**A TRUE BILL:**

/S/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*/s/ J. Gregory Damm*

J. GREGORY DAMM
Assistant United States Attorney

3