UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED
OCT 19 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE __May 28, 2010__ TERM. __10-1__ | MINUTES OF COURT DATE:  __October 19, 2010 @ 1:17pm-1:18pm__ |

PRESENT: The Honorable    __George W. Foley Jr.,__    , U.S. Magistrate Judge.

DEPUTY CLERK:    __Denise Saavedra__    REPORTER:    __Phyllis Wright__

UNITED STATES ATTORNEY:    __Amber Craig__

A roll call of the Special Grand Jury is taken with __19__ members present for deliberations which constituted a quorum. The foreperson of the Special Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is __1__ **SEALED** indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant issue where indicated.

| | | |
|---|---|---|
| 2:10-CR-519 | **SEALED (1 DEFENDANT)** | WARRANT |
| 2:10-CR-520 | **SHAWN TALBOT RICE** | WARRANT |
| 2:10-CR-521 | **DWIGHT C. JACKSON** | WARRANT |
| 2:10-CR-522 | **ARNOLD GUTIERREZ** (DEFENDANT & COUNSEL - LOCAL) | SUMMONS |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:10-CR-522** will be held on **FRIDAY, OCTOBER 29, 2010 @ 8:30am** before **MAGISTRATE JUDGE PEGGY A. LEEN in courtroom 3B.**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining case will be held at the time of the Initial Appearance.

...

LANCE S. WILSON, Clerk
United States District Court

/S/ Denise Saavedra
_____

Deputy Clerk