March *13*, 2012

**From:** Shawn Talbot: Rice
in "care of" general post-office box 1092.
nation arizona. seligman city. Rice province.
United States minor, outlying islands
near [86337-1092].

To: Robert J. Johnston
   **Federal Judge for the United States**
   *Federal Office of U.S. Magistrate Judge*
   UNITED STATES DISTRICT COURT for the
   District of Nevada

*2:10 CR 520* ✓
*2:09 CL 0078* ✓

**Subject: Acceptance of Your "Oath of Federal Office".**

**Dear Robert J. Johnson,**

   I am one of the "sovereign" people of the United States of America and **I am** of sound mind and body, with all of my factuality's function as a fully Competent Man, one who is now not operating with "insane delusions". **I am** able to reason and able to choose Right over Wrong; because **I do** know and understand their differences. **I do not** believe in things that are impossible and in opposition to their true nature of reality. I have made several mistakes and operated with some misunderstandings in the past, but **I am** awake now and **I am** setting the records straight. By the way all leasing contracts are voided, as they were made while I was operating in a state of delusional insanity.

   I now state to you publicly that I have rejected and discarded as defective, All Oaths that I have taken/given in the past as they were done while I was in a state of delusional insanity; because a Natural and sane Man as a Sovereign - Born of his birthing Land, would never give any Oath, except to become a subservient to another. My **word** is now totally mine to give and use as **I** see fit.

   **Upon my word, I accept** your "Oath or Affirmation of Federal Office" to support the Constitution for the United State and thereby you have to honor this presentment. **I reject** and **discard as defective,** your "Oath of Allegiance" as it is only a requirement for a naturalized citizen and it is being used against you to breach your Natural bond as a sovereign that you have to your Birthing Land. It has been done to allow for the UNITED STATES "an artificial organization of corporation" to claim you as a subservient Citizen of theirs, because the UNITED STATES itself became a citizen of the United States of America byway of naturalization. If you are operating under any other Oaths or Affirmations such as an "Oath of Loyalty" to any association such as the BAR, they are also **rejected** and **discarded as defective** because they would be in conflict with the "Oath of Federal Office" for which you are holding; for one cannot serve two masters at the same time.

   **I am** now the Master in Charge over the subject matter addressed in this letter. By **my word,** I now order you to comply with the Laws of the Land, as you were only to protect and not to deprive me of my natural rights and property, which were only to be held until my coming of Age or 25 years of Age and competent in understanding. Any Breach of this accepted Oath of Office, after you have been so informed is to be a charge of Treason as it is stated in the Constitution.

   **I am** now with the Resignation letter of my Public/Resident Minister in hand (no artificial resident person to charge any longer) and my secured party - State of California filed UCC1 #12-7301834726 as my lawful claiming document for all of my property and assets held by my Debtors and Lessees as the Secured Party. Therefore I am **now by my word, Ordering** the release and return of all of my property and accrued assets withheld from me in my Municipal incorporated Independent Treasury accounts. You are to insure that the law of the land is Honored, so contact me within **three (3) days** to make the delivery of my property to stay in honor so **I am** able to operate in lawful commerce, to the above address.

   All UNITED STATES bills have been ordered to be setoff per my master UCC-1 on file against the Rent that is owed to me per the deceptive Leasing Contracts with the UNITED STATES as the LESSEE and is also to be the Transmitting Utility for settlements. As UNTIED STATES is just an artificial "organization of corporation" operating for a profit using a destructive monetary exchange transactions and deceptive controls as a government corporation is a state of delusional insanity.



Therefore I now by my word, I am Ordering the release and return of all my property and accrued assets withheld from me in my Municipal incorporated Independent Treasury accounts. This means that all "Trust Fund" activities by way of deceptive Leasing Contracts are ordered terminated and bought into full settlement. Unrestrictive access to my lawful and real value funds held in my treasury "Special Funds" accounts are to be given to me within three (3) days and to be completely turnover by the end of 30 days. This is a Demand of Justice to allow me to operate in lawful commerce with just exchanges and to stop harming the other People and the Land of this country and state. The action is per the Laws set forth in the Constitution and the Bible, when they are properly understood. It is also supported by the Supreme Court rulings.

Thank you for your time and Federal service.

By: _____
**Shawn Talbot: Rice**
A "Sovereign" People of the United [States]
and the State of Arizona
as a member of the Sovereignty of [...]
(By my Land-Mark [...])

**Attachments:**
- Copy of Resignation letter for the Office of Public/Resident Minister.
- UCC1 from the State of California: 12-7301834726

State of Arizona      )
                      ) ss:
Yavapai County        )

On this _13th_ day of March, 2012, before me, _Cindy Seff_, notary public, appeared Kristin Leone; Rice, who possess a valid Power of Attorney for and on behalf of Shawn Talbot: Rice and proved to me based upon satisfactory evidence to be the woman whose is signing in the capacity under the POA for name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the Acceptance of Your "Oath of Federal Office" instrument the above listed woman, on behalf of the entity upon which the woman acted, executed the instrument. Further the living woman acknowledged and made the statement " I solemnly affirm that the Acceptance of Your "Oath of Federal Office" comprised of my statements are true, and correct to the best of my knowledge and Belief"

I certify under PENALTY OF PERJURY under the laws of Arizona that the foregoing paragraph is true and correct.

Witness my hand and official seal:

_____
signature

[Seal: CINDY SEFF, Notary Public - Arizona, Yavapai County, My Commission Expires JANUARY 3, 2013]      seal

ACTUAL AND CONSTRUCTIVE LAWFUL LEGAL NOTICE: The Certifying Notary is an independent contractor and not a party to this claim. IN fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18 , PART 1; CHAPTER 73, SECTION 1512, tampering with a witness, victim or an informant and the Certifying Notary also performs the functions under a quasi-Postal regulation as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, and Section 242, titled "Depravation of Rights under Color of Law," which primarily governs police misconduct during investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any person in any State, Territory, Commonwealth, Possession, or District of the United States of America and or the United States those rights protected by the Constitution and United States laws. Notary Public subscribed above is not an attorney licensed to practice law in any state and has not given legal advice or accepted fees for legal advice; Notary Public subscribed above, is NOT a party to this action and is ONLY acting in an authorized capacity as a liaison and witness to communication between parties as provided by State of Arizona statute.

## Acceptance of Your "Oath of Federal Office"

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Shawn Rice
217-853-6269

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Shawn Talbot Rice
P.O. Box 1092
Seligman, az 86337
USA

DOCUMENT NUMBER: 32119770004
FILING NUMBER: 12-7301834726
FILING DATE: 02/19/2012 15:57
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME**
SHAWN TALBOT RICE - Social Security Indentured Municipal Incorporation

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1092 | SELIGMAN | AZ | 86337 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Municipal | United States | □ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**2a. ORGANIZATION'S NAME**

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | □ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Rice | Shawn | Talbot | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| general post-office box 1092. | Seligman city. Rice province. | az | NEAR [86337-109 2] | UMI |

**4. This FINANCING STATEMENT covers the following collateral:**

The Secured Party is the Creditor/Grantor/Owner of all the Collateral controlled by the US Artificial Public/Resident Minister over the Debtor Municipal accounts. Estates held under the Debtor Municipal account numbers: Certificate of Live Bith – Municipal #xx-xxxx77, xxx-xx-xxx23 (Birthing Inherit Estate), Social Security Account - #xxx-xx-xx55, xxx-xx-xx09 (Labor and accrued asset Estate) Certificate of Baptism Original Sin Estate) with the Church/State of Rome. Debtor Municipal sub Banking accounts: Debit account #xxxx-xxxx-0755, any and all et.al. Debtor Municipal Leases (known to be in effect at the present): Driver's License # AZ B134430474 2009, AZ B12824933, Certificate of Baptism with Rite of the Protestant Reform Church.

**5. ALT DESIGNATION:** □ LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN □ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] □ All Debtors □ Debtor 1 □ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# Resignation as a Public "Notional" Resident Minister

Date: _13 March 2013_

Dear **Resignee**:

I hereby **RESIGN** from my **Public "Notional" Resident Minister** position effective today.

**I, voluntarily give up, declare Insolvency, Terminate all Leasing Contracts and Surrender** all Alienated Residual Property and Assets held by the SHAWN TALBOT RICE **– Social Security Indenture Municipal Incorporation #xxx-xx-xx55** and the SHAWN RICE **– Postal Indenture Municipal Incorporation #xx-xxxxxx-xx09, XX812** in United States Independent Treasury accounts **BACK TO** the Resignee **"Shawn Talbot: Rice "** - the **Secured Party/Creditor** as the **Residue** of his **Inherit Estate,** containing his original birthing **FEE** "an estate of inheritance without condition" as it is recorded in the **Constitutional Will of this Country** and all estate accruals of Leasing Rents are in fact under dominium plenum or allodial in their nature. This Resignation also applies to the **Foreign Mercantile Church/State – Court of Rome,** under the above documents and Baptismal Certificate, for the Termination of the Mercantile three live Leases and the return of all property to **the Secured Party/Creditor.** The restoration of the inherit estate to Shawn Talbot: Rice is also under his Right of Eminent Domain as a people *(in its singular usage)* and the requirement for the separation of an **indivisible body, "as one of his persons of his church"** from the State – as an Artificial "Organization of Corporation" that has no beliefs.

The main reason **I am** resigning is because I have discovered that I was operating under **Constructive Treason** and **Insurrection** by deception against both **"Shawn Talbot: Rice"** - the **Secured Party/Creditor** of his Birthing Inherit Estate and this Land "Country".

The Birthing Estate has not been utilized for the Benefit of **"Shawn Talbot: Rice"** - the **Secured Party/Creditor** but it was for the benefit of with the Federal/State and the Mercantile artificial organizations of corporation, used to support their Bankruptcies and other public corporations under their deceptive leasing contracts that were founded upon and operated in **Constructive Fraud.**

All Rights Reserved, Expressly Reserving All Liberties, Without Prejudice.

Resignation Signature: _Shawn Talbot Rice, Executor_
Shawn Talbot: Rice - *Public "Notional" Resident Minister*
Address: In"Care of" general post-office box 1092
nation arizona. seligman city. Rice province.
U.S. Minor, outlying islands. Near [86337-1092]

Note: Any rejection or deprivation of this is a violation of 18 USC 242.

| Cc: United States Bankruptcy Court | Secretary of State for the State of Arizona |
| Social Security Administration | Secretary of State for the United States of America |

The **Notional Resident** declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The **Notional Resident** understands that he may be subject to a fine or imprisonment, or both, if he has knowingly and fraudulently made any false statements in this document that cause provable harm.

Date: _3/13/2013_     Signature: _Shawn Talbot Rice, Executor, True_
Shawn Talbot: Rice – Notional Resident

SUBSCRIBED AND SWORN before me this _13_ day of _March_, 20_13_
Signature: _____
NOTARY PUBLIC in and for the STATE of ARIZONA;
Residing in _Yavapai_ County;
My commission expires: _1/3/2013_

CINDY SEFF
Notary Public - Arizona
Yavapai County
My Commission Expires
JANUARY 3, 2013

# Proof of Service

State of Arizona        )
                        ) ss:
County of Yavapai       )

I am over twenty-one years of age and neither a party nor an attorney in the above-entitled action.

On _19 march_ 2012, I, _Gary Smith_ did mail the enclosed documents to the address shown on this Proof of Service via United States Postal Service by certified and or registered mail to the recipients listed below and the includes the following documents titled below:

1. Original true document to Judge Robert J. Johnston, Federal Judge, United States District Court,
2. Copy Resignation of Public Resident / Minister – SHAWN TALBOT RICE        1 Page
3. Copy UCC1 Filing 12-7301834726        1 Page
4. Proof of Service        2 Pages

AND MAILED TO:

Magistrate Judge Robert J. Johnston   Certified Mail # 70111570000001820689
United States District Court
District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, Nevada 89101

I _Gary Smith_, declare of the laws of Arizona that I am not a party to the matters, action or any controversy of the party and that I faithfully fulfilled my duty to mail the documents in a prepaid certified/Registered Mail articles and envelope.

_Gary Smith_
Print Name

By _[signature]_    : Date _9 March 2011_
Autograph

Address: _PO Box 636_
_Seligman AZ 86337_