UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | C | |
| Plaintiff/Respondent | C | Case No:2:10-cr-00520-RJJ |
| V. | C | 2:09-cr-00078-JCM-RJJ-2 |
| Shaw Talbot Rice | C | |
| Defendant/Petitioner | C | copyrighted 2012 |
| _____ | C | |

Petitioner's Motion to Dismiss the Pleadings and Indictment Issued by the Government with Prejudice for Lack of Standing and No Real Party In Interest

Comes now Shawn Talbot Rice, in propria person, and would show this Honorable Court the following, to wit;

On 3/3/09 Petitioner was indicted, charged with one count of conspiracy to commit money laundering, 18 USC section 6156(h) and 2 counts of money laundering, 128 USC section 1656(a)(3)A) and Aiding and Abetting.

A warrant was returned executed on 3/6/09.

Petitioner is currently pretrial.

Petitioner was charged by UNITED STATES OF AMERICA [sic], which, accordingly is not a proper party and has no standing to appear.  UNITED STATES OF AMERICA is a third party enterloper.

While Congress has conferred legal standing on the "United

1.

States" to sue and be sued at 28 USC sections 1345 and 1346, respectively, <u>no</u> Act of Congress has conferred comparable legal standing upon the entity called 'UNITED STATES OF AMERICA [sic]".   <u>Nowhere</u> does Title 28 USC section 1346 provide for "UNITED STATES OF AMERICA" [sic], to appear on behalf of the United States federal government.

"United States" appears roughly 23,870 times in the U.S. Code while "United States of America" appears roughly 830 times (including titles, notes and references).   In no instance is "United States of America" explicitly defined as synonymous with the "United States".   In fact, it is <u>explicitly distinguished</u> from the "United States" and the federal government in several locations.

The term "United States of America" appears in the Front Matter of the U.S. Code, in Articles of Confederation, 1777 A.D., where "United States of America" was <u>clearly</u> defined as a "Stile" to describe the Union formed by those Articles:

"Articles of Confederation and perpetual Union between the States of New Hampshire, Massachusetts bay, Rhode Island and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia."

"Article I.   The <u>Stile</u> of this Confederacy shall be the United States of America."

2.

"Article II.  Each state retains its sovereignty, freedom, and independence, and every power, jurisdiction, and right, which is not by this Confederation expressly delegated to the United States, in Congress assembled."

Articles of Confederation, 1771 A.D. [Underlines added]

When the original thirteen (13) States formed a Union of several (plural) States, they called the union "The United States of America".  Article II went on to distinguish "The United States of America" from "United States", declaring that each state retained rights not expressly delegated by the Confederation to the federal government, which it clearly identified as the "United States".

In harmony with the Founder's original intent, the "United States of America" still means the union of, now, fifty (50) States, while "United States" still means the federal government.  This could not be changed by any legislation.

In *Eisner v. Macomber*, 252 US 189 (1920), the US Supreme Court told Congress that it was barred from re-defining any terms that are used in the federal Constitution, from which it derives its power to legislate.  "United States"  occurs in several places, because it is central to the entire purpose of that Constitution.  Any legislative attempt to re-define "United States" to mean "UNITED STATES OF AMERICA" [sic], or vice versa,

3.

would necessarily be *unconstitutional* as it violates the *Eisner* Prohibition.

"United States" is the term that is used consistently throughout Title 28 to refer to the federal government domiciled in the District of Columbia.  There is only one place in all of title 28 where the term "United States of America' is used, and there it is used to correct contradistinction to "United States", see 28 USC section 1746(1).

Because Title 28 contains statutes which govern all federal courts, the consistent use of "United States" and never "UNITED STATES OF AMERICA" [sic] when referring to the federal government, carries enormous weight.  Title 28 is the latest authority on this subject, as revised, codified and enacted into positive law on June 25, 1948.  Moreover, the Supremacy Clause elevates Title 28 to the status of supreme law of the land.  No amount of D.O.J. shenanigans, case law, or bench dictum can trump Supreme Law.

"This Constitution, and the Laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the constitution

4.

or laws of any state to the contrary notwithstanding."
Article VI, Clause 2, U.S. Constitution [Underline added].

It is especially significant that when the federal government appears before the U.S. Supreme Court, it does so as 'UNITED STATES and not the aberration 'UNITED STATES OF AMERICA" [sic].

If the prosecutor in this case is, in fact, appearing on behalf of the federal government, he should be appearing for the "UNITED STATES" and not "UNITED STATES OF AMERICA" [sic].  But, because the prosecutor, is, instead, appearing for 'UNITED STATES OF AMERICA" [sic], which is not a real party  in this instant case, the prosecutor's Notice of Appearance and subsequent filings <u>must be stricken</u>.

Making matters more confusing, "UNITED STATES OF AMERICA" was chartered twice in the State of Delaware (since revoked) and has since appeared in various permutations accompanied by "LLC", "INC", or "CORP", etc., in other States across the Union.  For example, Washington Secretary of State has "UNITED STATES OF AMERICA".  "Certificate[s] of No Registration" are available for the Court.

It would appear that the prosecutor is attempting to represent a foreign entity.  Stranger still, it would appear that the prosecutor is representing an <u>unregistered foreign</u>

5.

entity, without any powers to do so.   Compare 28 U.S.C. section 547, which confers powers of attorney to represent the "United States " but nowhere 'UNITED STATES OF AMERICA" [sic].   It is not clear why the U.S. Department of Justice would not wish to invoke the jurisdiction of the "United States", which is the only jurisdiction Congress has conferred upon it.

Again, it is significant that when the federal government appears before the U.S. Supreme Court, it does so as 'UNITED STATES" AND NOT "UNITED STATES OF AMERICA" [sic].   We ask then, why did it not do so in this case.

We see in Article III of the U.S. Constitution, that the judicial power of the "United States" arises when the "United States " is a party.

"The Judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority – to all Cases affecting Ambassadors, other public Ministers and Consuls; -- to all Cases of admiralty and maritime jurisdiction; -- to Controversies to which the United States shall be a Party;"

Article III, Section 2 of the U.S. Constitution.

"Party" is defined in Bouvier's Law Dictionary to include both Plaintiff and Defendant.

By substituting 'UNITED STATES OF AMERICA" [sic] for "United States", particularly in a UNITED STATES DISTRICT COURT, it would appear the U.S. Department of Justice seeks to avoid invoking the judicial power of a constitutional court (like that of a "district court of the United States"" or the U.S. Supreme Court) in favor of a court operating in legislative mode, where fundamental Rights are not guaranteed, but merely privileges granted (or denied) at the discretion of legislative tribunals. See *American Insurance v. 356 Bales of Cotton*, 1 Pet. 511, 7 L.Ed. 242 (1828) (C.J. Marshall's seminal ruling, still standing); and *Balzac v. Porto Rico*, 258 U.S. 298, 312 (1922) (The USDC is not a true United States court established under Article III.).

This tainting of the judicial machinery and misrepresentation by the U.S. Department of Justice is not only a fraud upon the court but a fraud upon We the People – and a fraud upon this Petitiioner  who believed the Respondent in this instant case was a proper party.

The prosecutor claims to be a "US" Attorney, not a "USA" Attorney and, as explained, "United States" and "UNITED STATES OF AMERICA" [sic] are not, in fact, one and the same.  The prosecutor does not enjoy general Powers of Attorneys to represent a Washington, Delaware, UK, or any other foreign

7.

1  entity registered or unregistered, in federal court; Congress

2  never appropriated funds for, or conferred any such Powers of

3  Attorney upon the prosecutor or the U.S. Department of Justice.

4

5       Accordingly, it is willful misrepresentation for a U.S.

6  Attorney to attempt to appear in any State or federal court on

7  behalf of "UNITED STATES OF AMERICA" [sic].  Misrepresentation

8  is actionable under the McDade Act at 28 U.S.C. section 530(B)

9  (Ethical standards for attorneys for the government).

10      This Court may not arbitrarily dismiss as "frivolous"

11  Petitioner's assertion that "UNITED STATES OF AMERICA" [sic] was

12

13  never the valid Plaintiff in these proceedings and as such, is

14  not a party with standing.  Rather, the "UNITED STATES OF

15  AMERICA" [sic], of its own accord, must demonstrate its own

16

17  standing, which it may do by a good-faith showing of any one or

18  more of the following:

19       1. Any legal and relevant charter plainly showing "United States" and "UNITED

20          STATES OF AMERICA" [sic]  are legally one and the same  (i.e. United States – or

              United States federal government dba UNITED STATES OF AMERICA);

21       2. Any relevant U,S,. Code where "UNITED STATES OF AMERICA" [sic] is explicitly

22          defined as synonymous with the United States federal government for the express

23          purpose of appearing in federal court;

24       3. Any evidence the *Eisner* Prohibition does not prohibit the re-defining of terms like

25          "United States" and "United States of America" as originally used by the Founders

              in the Constitution;

26       4. Any evidence "United States of America", as used in 28 U.S.C. section 1746, is not

27          in contradistinction to "United States";

5. Any Act of Congress explicitly conferring equal legal standing upon "United States" and "UNITED STATES OF AMERICA" [sic]; or

6. Any evidence Congress has conferred general Powers of Attorney upon the prosecutor to represent foreign entity, "UNITED STATES OF AMERICA" [sic], in federal court.

"UNITED STATES OF AMERICA" [sic], as appearing in this instant case, is nothing more than an uninvited third party interloper who is not a proper party, has no standing, and was never authorized in this action to begin with.

Finally, after the  prosecutor filed a Notice of Appearance on behalf of the "UNITED STATES OF AMERICA" [sic], it would appear the prosecutor has not yet secured proper admission into the district pursuant to Local Rules.  As of this date, no proper petition for admission appears on the record. See *Pumphrey v. K.W. Thomp. Tool Co.*, 62 F.3d 1128 (9th Cir. 1995).

Therefore, because "UNITED STATES OF AMERICA" [sic] is not a proper party with standing, and because standing can be raised by any party at any time, and because the United States has not appeared to date, and because certain actions by prosecutors may have constituted a fraud upon the court and/or willful subversion of the U.S. Constitution contrary to mandatory Oaths of Office (See 28 U.S.C. section 544 and 5 U.S.C. sections 3331- 3333, Standard Form 61 Appointment Affidavits), it is prayed

9.

that this Honorable Court strike any Indictment and charge,
strike any Notice of Appearance by Prosecutors, as well as any
filings by the government, call for the immediate cessation of
D.O.J.'s malicious and bad-faith prosecution, and enter a
Default Judgment in favor of Petitioner in accordance with this
Motion and declare Petitioner actually innocent of any alleged
crimes.

Dated this ____5th____ day of ___June___, 2012.


                    Respectfully submitted,


                    Shawn Talbot Rice

                    ~~Sean~~ Talbot Rice
                    Shawn


                              10.