UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHAWN RICE ,<br><br>　　　　Defendant, | 2:09-cr-78-JCM-RJJ<br>2:10-cr-520-MMD-RJJ<br><br>O R D E R |

This matter is before the Court on the Government's Motion For Status Check Hearing (#242) and Motion for Status Check Hearing (#22).

The Court having reviewed the Motions (#242 & #22) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Government's Motion For Status Check Hearing (#242) and Motion for Status Check Hearing (#22) are **GRANTED**.

IT IS FURTHER ORDERED that a status hearing is scheduled for July 11, 2012, at 11:00 AM in courtroom 3d, 3D floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant Shawn Rice must be present in Court for this hearing.

DATED this   3d   day of July, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge