2:10cr520

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**
**LLOYD D. GEORGE U.S. COURTHOUSE**
333 LAS VEGAS BLVD. SO. — RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

___ RECEIVED   ___ FILED / ENTERED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 10 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Unable to Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☐ Attempted
☐ Refused
☐ No Such Street
☐ Vacant
☐ No Mail Receptacle
☐ Box Closed
☐ Illegible
☐ Returned For Better Address
☐ Postage Due

Shawn Rice
PO Box 700, #81
Ash Fork, AZ 86320

NIXIE       850 DE 1    00   07/06/12
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 89101/06934       *1394-00181-04-46

Hasler
07/03/2012
US POSTAGE  $00.650
Mailed From 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWN RICE,<br><br>    Defendant. | 2:09-cr-00078-JCM-RJJ<br>2:10-cr-00520-JCM-RJJ<br><br>**REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Defendant Rice's Motion to Dismiss (#244) & Motion to Dismiss (#27) |

This matter comes before the Court on Defendant Rice's Motion to Dismiss the Pleadings and Indictment Issued by the Government with Prejudice for Lack of Standing and No Real Party in Interest (#244) and Motion to Dismiss the Pleadings and Indictment Issued by the Government with Prejudice for Lack of Standing and No Real Party in Interest (#27). The Court also considers the Government's Responses (#247 & #29).

## **BACKGROUND**

On March 3, 2009, Rice was indicted and charged with one count of conspiracy to commit money laundering pursuant to 18 U.S.C. § 6156(h), thirteen counts of money laundering pursuant to 128 U.S.C. § 1656(a)(3)(A), and aiding and abetting.

On March 6, 2009, the Court issued an Order Regarding Pretrial Procedure (#11) in case 2:09-cr-00078-JCM-RJJ and on January 19, 2012, issued an Order Regarding Pretrial Procedure (#9) in case 2:10-cr-00520-JCM-RJJ. The Orders (#11 & #9) stated that each party had "thirty (30) calendar days from the date of this order within which to file and serve any and all pretrial motions and notices of defense." The deadline for pretrial motions was April 5, 2009, in case

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWN RICE,<br><br>    Defendant. | 2:09-cr-00078-JCM-RJJ<br>2:10-cr-00520-JCM-RJJ<br><br>**REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Defendant Rice's Motion to Dismiss (#244) & Motion to Dismiss (#27) |

This matter comes before the Court on Defendant Rice's Motion to Dismiss the Pleadings and Indictment Issued by the Government with Prejudice for Lack of Standing and No Real Party in Interest (#244) and Motion to Dismiss the Pleadings and Indictment Issued by the Government with Prejudice for Lack of Standing and No Real Party in Interest (#27). The Court also considers the Government's Responses (#247 & #29).

**BACKGROUND**

On March 3, 2009, Rice was indicted and charged with one count of conspiracy to commit money laundering pursuant to 18 U.S.C. § 6156(h), thirteen counts of money laundering pursuant to 128 U.S.C. § 1656(a)(3)(A), and aiding and abetting.

On March 6, 2009, the Court issued an Order Regarding Pretrial Procedure (#11) in case 2:09-cr-00078-JCM-RJJ and on January 19, 2012, issued an Order Regarding Pretrial Procedure (#9) in case 2:10-cr-00520-JCM-RJJ. The Orders (#11 & #9) stated that each party had "thirty (30) calendar days from the date of this order within which to file and serve any and all pretrial motions and notices of defense." The deadline for pretrial motions was April 5, 2009, in case