A80   REVISION OF TITLE 18, UNITED STATES CODE

Section consolidates said sections of title 22, U. S. C., 1940 ed., Foreign Relations and Intercourse, with such changes of phraseology as were necessary to effect consolidation.

Words "on conviction" were omitted from last sentence as surplusage since punishment cannot be imposed until a conviction is secured.

### SECTION 909—SECTION REVISED

Based on title 18, U. S. C., 1940 ed., §§ 499, 509 (Mar. 4, 1909, ch. 321, §§ 208, 209, 35 Stat. 1143).

Section consolidates said sections of title 18, U. S. C., 1940 ed., with such changes of phraseology as were necessary to effect consolidation.

Words "and the courts of the United States shall have jurisdiction accordingly." were omitted from subsection (b) as unnecessary in view of sections 3231 and 3238 of this title.

## CHAPTER 47. FRAUD AND FALSE STATEMENTS

Sec.
1001. Statements or entries generally.
1002. Possession of false papers to defraud United States.
1003. Demands against the United States.
1004. Certification of checks.
1005. Bank entries, reports and transactions.
1006. Federal credit institution entries, reports and transactions.
1007. Federal Deposit Insurance Corporation transactions.
1008. Federal Savings and Loan Insurance Corporation transactions.
1009. Rumors regarding Federal Savings and Loan Insurance Corporation.
1010. Federal Housing Administration transactions.
1011. Federal land bank mortgage transactions.
1012. United States Housing Authority transactions.
1013. Farm loan bonds and credit bank debentures.
1014. Loans and credit applications generally; renewals and discounts; crop insurance.
1015. Naturalization, citizenship or alien registry.
1016. Acknowledgment of appearance or oath.
1017. Government seals wrongfully used and instruments wrongfully sealed.
1018. Official certificates or writings.
1019. Certificates by consular officers.
1020. Highway projects.
1021. Title records.
1022. Delivery of certificate, voucher, receipt for military or naval property.
1023. Insufficient delivery of money or property for military or naval service.
1024. Purchase or receipt of military, naval, or veterans' facilities property.
1025. False pretenses on high seas and other waters.
1026. Compromise, adjustment, or cancellation of farm indebtedness.

### SECTION 1001—SECTION REVISED

Based on title 18, U. S. C., 1940 ed., § 80 (Mar. 4, 1909, ch. 321, § 35, 35 Stat. 1095; Oct. 23, 1918, ch. 194, 40 Stat. 1015; June 18, 1934, ch. 587, 48 Stat. 996; Apr. 4, 1938, ch. 69, 52 Stat. 197).

Section 80 of title 18, U. S. C., 1940 ed., was divided into two parts.

The provision relating to false claims was incorporated in section 287 of this title.

Reference to persons causing or procuring was omitted as unnecessary in view of definition of "principal" in section 2 of this title.

Words "or any corporation in which the United States of America is a stockholder" in said section 80 were omitted as unnecessary in view of definition of "agency" in section 6 of this title.

---

REVISION OF TITLE 18, UNITED STATES CODE   A81

In addition to minor changes of phraseology, the maximum term of imprisonment was changed from 10 to 5 years to be consistent with comparable sections. (See reviser's note under section 287 of this title.)

### SECTION 1002—SECTION REVISED

Based on title 18, U. S. C., 1940 ed., § 74 (Mar. 4, 1909, ch. 321, § 30, 35 Stat. 1094).

Words "or any agency thereof" after "United States" and word "agency" after "any" and before "officer", were inserted to eliminate any possible ambiguity as to scope of section. (See definition of "agency" in section 6 of this title.)

The maximum fine of "$10,000" was substituted for "$500" in order to conform punishment provisions to those of comparable sections. (See section 1001 of this title.)

Minor verbal change was made.

### SECTION 1003—SECTION REVISED

Based on title 18, U. S. C., 1940 ed., § 79 (Mar. 4, 1909, ch. 321, § 34, 35 Stat. 1095).

Words "prize money" were deleted on the ground that they are an anachronism and were so before 1909. (See reviser's note under section 915 of this title.)

Mandatory punishment provision was rephrased in the alternative. (See reviser's note under section 201 of this title.)

The smaller punishment for an offense involving $100 or less was added. (See reviser's note to sections 641 and 645 of this title.)

The maximum term of "five years" was substituted for "ten years" and "$10,000" was substituted for "$5,000" as being more in harmony with punishment provision of similar sections. (See reviser's note under section 1002 of this title.)

Minor changes of phraseology were made.

### SECTION 1004—SECTION REVISED

Based on section 591 of title 12, U. S. C., 1940 ed., Banks and Banking (R. S. § 5208; July 12, 1882, ch. 290, § 13, 22 Stat. 166; Sept. 26, 1918, ch. 177, § 7, 40 Stat. 972; Feb. 25, 1927, ch. 191, § 12, 44 Stat. 1231).

Words "be deemed guilty of a misdemeanor and shall" were omitted as unnecessary in view of definition of misdemeanor in section 1 of this title. (See also reviser's note under section 212 of this title.)

Words "on conviction thereof" were omitted as surplusage, because punishment cannot be imposed until after conviction.

Words "in any district court of the United States" were omitted as unnecessary, because section 3231 of this title confers jurisdiction on Federal district courts of all crimes and offenses defined in this title.

Changes were made in phraseology.

### SECTION 1005—SECTION REVISED

Based on sections 592, 597 of title 12, U. S. C., 1940 ed., Banks and Banking (R. S. § 5209; Dec. 23, 1913, ch. 6, § 22 (i) as added June 19,



**COPY**
Reproduced at the National Archives

General Volume 11/24