Shawn Rice
P.O. Box 1092
Seligman, Arizona 86337

FILED       RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

2012 JUL 13  A 9: 44

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                DEPUTY

1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                    **SOUTHERN DISTRICT OF NEVADA**

7

8  ———————————————————  )  Case No.: _____ and
                                   )  2:10-cr-00520-JCM-RJJ-1
9  UNITED STATES OF AMERICA        )
                                   )  Motion for Dismissal, Permanent
10                                 )  Injunction, Publish and Seal, Clean and
                                   )  Redact Records, Issuance by US Treasury
11                    Plaintiff,   )  Debit Cards, Federal Concealed Weapons
                                   )  Permit.
12 vs.                             )
                                   )  Date: _____
13                                 )  Time: _____
                                   )  Court: Room _____
14                                 )  Address: 333 North Las Vegas Blvd
   SHAWN TALBOT RICE               )  Las Vegas, Nevada
15                                 )  JUDGE: Honorable _____
                      Defendant.   )
16 ———————————————————  )

17

18  The Defendant motions the court to issue the attached orders for the reasons stated in the

19  orders and notices the court that those orders will be the full and final damages to cover

20  damages done to defendant for: defamation, false arrest, kidnapping, false incarceration,

21  assault and battery, assault with deadly weapons, malicious institution of criminal

22  proceedings, defrauding a creditor-in-fact, armed home invasion, domestic terrorism,

23  torture, securities fraud, tax fraud, endangerment of endearment, among other crimes and

24  misdemeanors committed by agents of plaintiff,

25

26  Said Orders do not negate responsibility of plaintiff to turn over all accounting records and

27

28

1  trust/ estates res related to defendant's revested estate.

2  It is hoped that the court and plaintiff will come to their senses, return to reality and civility

3  as defendant is tendering said attached orders to accomplish harmony and peace in said

4  relations.

5

6  THEREFORE the Defendant hereby moves this court for the equity and an order of the court for

7  the release of the defendant.

8

9  Date: 13 July 2012

10                              RESPECTFULLY SUBMITTED

11                                Under reservation of all rights:

12

13                              Shawn Talbot: Rice, *pro per*
                                in "care of" general post-office box 1092.

14                              nation arizona. seligman city. Rice province.
                                United States minor, outlying islands

15                              near [86337-1092].

16

17

18

19

20

21

22

23

24

25

26

27

28  Motion for Dismissal Permanent Injunction  Case #  2:09 – cr- 0078-JCM-RJJ – 2 and 2:10-cr-00520 RJ    Page 2 of 2

1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**SOUTHERN DISTRICT OF NEVADA**

6

7
                             )   Case No.: 2:09 - cr-0078-JCM-RJJ – 2 and

8
UNITED STATES OF AMERICA as    )         2:10- cr-00520-JCM-RJJ - 1
TRUSTEE                       )

9
                Plaintiff,  )  **DISMISSAL ORDER**

10
vs.                         )

11
SHAWN TALBOT RICE        )  Date: _____
                        )  Time: _____

12
             Defendant. )  Court: Room _____
                        )  Address: 333 North Las Vegas Blvd

13
                        )  Las Vegas, Nevada
                        )  JUDGE: Honorable _____

14
                        )

15
                        )

16

17
**DISMISSAL ORDER**

18
THE COURT having reviewed all pleadings, documents, communication, as well as

19
Defendants revesting documents, tendered securities for Miller Act Penal Sum setoff and

20
the Phoenix, Arizona Bankruptcy court notice of lack of liability against the defendant in

21
this instant case; therefore

22
THE COURT recognizes defendants title revestment as of April 2001; and

23
THE COURT validates all tendered securities by defendant; and

24
THE COURT recognizes that plaintiff and all its agents, did not tender a Form B10 to the

25
Phoenix , Arizona Bankruptcy Court, thereby admitting there is no liability against

26
defendant ab initio and;

27

28
DISMISSAL ORDER    Case # 2:09 – cr- 0078-JCM-RJJ – 2  and 2:10 00520 RJJ  Page 1 of 2

THE COURT having recognized defendant's title revestment duly filed under UCC-1 recognizes that plaintiff was a debtor-in-fact to defendant as of April 2001 and that therefore misrepresented material facts prior to the initial grand jury of March 2009 and therefore appeared with bad faith and unclean hands and; therefore all subsequent actions, warrants, indictments, raids, arrests, incarcerations were conducted under color of law; and Therefore all indictments and warrants are hereby dismissed with prejudice; and

IT IS ORDERED Defendant, Shawn Talbot Rice, is ordered released from custody and:

IT  IS ORDERED that all property taken from defendant is ordered returned within 10 days (meaning returned to defendant's home by Plaintiff);

IT IS ORDERED that this order may be deposited by Defendant into any bank of his choosing and that said bank shall take and make deposit of the case number securities value.

Done this _____day of_____, 2012

Judge:_____

1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

7   ——————————————————————  )   Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 and
                                          )           2:10 – 00520-JCM-RJJ-1
8   UNITED STATES OF AMERICA as     )
    TRUSTEE                         )
9                                   )
              Plaintiff,            )   ORDER FOR PERMANENT INJUNCTION
10  vs.                             )
                                    )
11  SHAWN TALBOT RICE               )   Date: _____
                                    )   Time: _____
12            Defendant.            )   Court: Room _____
                                    )   Address: 333 North Las Vegas Blvd
13                                  )   Las Vegas, Nevada
                                    )   JUDGE: Honorable _____
14                                  )
                                    )
15  ——————————————————————  )

16

17                              ORDER

18

19  THE COURT having dismissed said case and now having received communication that the

20  defendant and his family, has been repeatedly harassed by agents of plaintiff for over ten

21  (10) years,

22  THE COURT hereby orders that all officers, employees elected officials and

23  instrumentalities of plaintiff as well as all Federal, State, Municipal and Special Municipal

24  employees are hereby barred and enjoined from issuing any victimless regulatory

25  infractions against Shawn Talbot Rice, and to ensure that his family members are not used

26  as leverage by unscrupulous agents, as well as the following:

27

28

Kristin Leone Rice, Naomi Ya'el Rice, Noah Alexander Rice, Alexander Charles Rice, Pauline Clark Rice, Mary Mitchell, Allan Mitchell, Lance Young, Boni Young, Danika Young, Morgan Young, Robbrey Rattray, Dori Rattray, Shelby Rattray, Luke Rattray, in perpetuity and that the US State Department is ordered to issue to Shawn Talbot Rice, Kristin Leone Rice, Naomi Ya'el Rice, and Noah Alexander Rice diplomatic immunity passports and travel documents so that their Sovereign capacity is recognized, travel is not restricted, DHS and TSA are notified not to search their persons or property in their travels without court order, or restrict their travel in any way, shape or form.

Done so this _____day of_____, 2012.

Judge_____

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEVADA

7  _____ )   Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 and
8  UNITED STATES OF AMERICA          )        2:10 – cr-00520-JCM- RJJ- 1
                                     )
9                                    )   ORDER TO PUBLISH AND SEAL
                          Plaintiff, )
10 vs.                               )
                                     )   Date: _____
11 SHAWN TALBOT RICE                 )   Time: _____
                                     )   Court: Room _____
12                        Defendant. )   Address: 333 North Las Vegas Blvd
                                     )   Las Vegas, Nevada
13                                   )   JUDGE: Honorable _____
                                     )
14                                   )
                                     )
15 _____ )

16                              ORDER
17
18 THE COURT ORDERS that all news agencies, outlets, organizations, etc. that published
19 reports of any kind regarding defendant's arrest in this case shall publish the following:
20 The Department of Justice reports that it was wrong to arrest Rabbi Shawn Rice in the Las
21 Vegas, Nevada USDC, and apologizes for its actions in error.  A private settlement in said
22 case is pending and all records therein have been sealed.
23 THE COURT FURTHER ORDERS this case sealed.
24
25 Done so this _____day of_____, 2012.
26
27                                      Judge: _____
28
ORDER TO PUBLISH AND SEAL      Case # 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10-cr- 00520      Page 1 of 1

1

2

3

4

# UNITED STATES DISTRICT COURT

5

## SOUTHERN DISTRICT OF NEVADA

6

7

8

9

10

11

12

13

14

15

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:09 - cr- 0078-JCM-RJJ – 2 and 2:10 - cr-00520 -JCM-RJJ-1 |
| Plaintiff, | ORDER TO CLEAN AND REDACT RECORDS |
| vs. | Date: _____ |
| SHAWN TALBOT RICE | Time: _____ Court: Room _____ |
| Defendant. | Address: 333 North Las Vegas Blvd Las Vegas, Nevada JUDGE: Honorable_____ |

16

## ORDER

17

18

19

20

The Court Orders all agencies including, but not limited to, the IRS, FBI, Yavapai County, DHS, to redact and remove all liens, levies, adverse reports of NCIC, NLETS, IRS, DHS Database, FBI databases, etc. therein within 60 days.

21

22

23

Done so this _____day of _____, 2012

24

25

26

Judge_____

27

28

1
2
3
4
## UNITED STATES DISTRICT COURT
5
### SOUTHERN DISTRICT OF NEVADA
6
7   UNITED STATES OF AMERICA as
    TRUSTEE
8
                        Plaintiff,
9   vs.
10  SHAWN TALBOT RICE
11
                        Defendant.
12
13
14
15

)
)  Case No.: 2:09 – cr- 0078-JCM-RJJ – 2
)            2:10 – cr-00520-JCM- RJJ-1
)
)
)
)
)  ISSUANCE BY US TREASURY  Debit
)  Cards to Defendant
)
)
)  Date: _____
)  Time: _____
)  Court: Room _____
)  Address: 333 North Las Vegas Blvd
)  Las Vegas, Nevada
)  JUDGE: Honorable_____
)

16
                        ORDER
17
18  THE COURT orders representatives of the U.S. Treasury to issue debit cards to Shawn
19  Rice and Kristin Rice so that they have access to their revested estate in accordance with
20  standard non-disclosure rules etc.  and this court will hold the Secretary of the Treasury
21  (1500 Pennsylvania Ave, Washington D.C.) personally responsible for failure to do so
22  within 30 days.
23
24  Done this:_____ day of _____, 2012
25
26                                Judge:_____
27  Issuance by U.S. Treasury Debit Cards   Page 1 of 1
28

1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

6
7
8
9
10
11
12
13
14
15

| | |
|---|---|
| _____ ) | Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 and |
| UNITED STATES OF AMERICA as ) | 2:10-cr-00520 JCM-RJJ-1 |
| TRUSTEE ) | |
| ) | ORDER Granting Federal Concealed |
| Plaintiff, ) | Weapons Permit |
| vs. ) | |
| ) | Date: _____ |
| SHAWN TALBOT RICE ) | Time: _____ |
| ) | Court: Room _____ |
| Defendant. ) | Address: 333 North Las Vegas Blvd |
| ) | Las Vegas, Nevada |
| ) | JUDGE: Honorable _____ |
| ) | |
| _____ ) | |

16
17

## ORDER

18
19
20
21
22

The Court having determined that defendant has been victimized by agents of plaintiff and others grants defendant and spouse (Kristin Rice) a Federal Concealed Weapons Permit such that either may carry a concealed weapon for self protection and protection of family members; and

23
24
25
26
27

Order Granting Federal Concealed Weapons Permit   Case # 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10 –cr- 00520 RJJ Page 1 of 2

28

THIS CAUSE having come before the Court and the Court having heard evidence and argument of the parties now therefore:

It Is Ordered that all law enforcement agencies and repositories that keep records for concealed weapons users shall make entry of this order acknowledging said permit as an unrestricted right and not a simple privilege and said order shall be entered into the Federal Register for public notice.

Done this _____day _____, 2012

Judge:_____