# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-CR-00520-JCM-RJJ |
| ) | |
| vs. ) | |
| ) | |
| SHAWN TALBOT RICE, ) | |
| ) | |
| Defendants. ) | |

### **VERDICT**

We, the jury in the above entitled case, upon our oaths, do say:

1. That we find the defendant, SHAWN TALBOT RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count One** of the Indictment herein.

2. That we find the defendant, SHAWN TALBOT RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Two** of the Indictment herein.

3. That we find the defendant, SHAWN TALBOT RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Three** of the Indictment herein.

4. That we find the defendant, SHAWN TALBOT RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Four** of the Indictment herein.

Dated this _____ day of _____, 2012.

_____
Foreperson

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) 2:09-CR-00078-JCM-RJJ<br>) |
| vs. | )<br>) |
| SHAWN RICE, | )<br>) |
| Defendants. | )<br>) |

### VERDICT

We, the jury in the above entitled case, upon our oaths, do say:

1. That we find the defendant, SHAWN RICE, _____ of the
   **(Not Guilty-Guilty)**
offense charged in **Count One** of the Indictment herein.

2. That we find the defendant, SHAWN RICE, _____ of the
   **(Not Guilty-Guilty)**
offense charged in **Count Nineteen** of the Indictment herein.

3. That we find the defendant, SHAWN RICE, _____ of the
   **(Not Guilty-Guilty)**
offense charged in **Count Twenty** of the Indictment herein.

4. That we find the defendant, SHAWN RICE, _____ of the
   **(Not Guilty-Guilty)**
offense charged in **Count Twenty-one** of the Indictment herein.

5. That we find the defendant, SHAWN RICE, _____ of the
   **(Not Guilty-Guilty)**
offense charged in **Count Twenty-two** of the Indictment herein.

6. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Twenty-three** of the Indictment herein.

7. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Twenty-four** of the Indictment herein.

9. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Twenty-five** of the Indictment herein.

10. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Twenty-six** of the Indictment herein.

11. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Twenty-seven** of the Indictment herein.

12. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Twenty-eight** of the Indictment herein.

13. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Twenty-nine** of the Indictment herein.

14. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Thirty** of the Indictment herein.

15. That we find the defendant, SHAWN RICE, _____ of the
(Not Guilty-Guilty)
offense charged in **Count Thirty-one** of the Indictment herein.

Dated this _____ day of _____, 2012.

_____
Foreperson