# EXHIBIT LIST

Case No. 09-CR-00078-JCM-RJJ

___ FILED          X RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

JUL 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

*United States of America vs. Shawn Rice*

Exhibits on behalf of: AUSA Gregg Damm.

| DATE MARKED | DATE ADMITTED | IDENTIFICATION NO. | WITNESS | |
|---|---|---|---|---|
| | | 1 | | 1st Utah Bank Records Acct #61304697 pages 001-002 |
| | | 2 | | Bank of America Records Acct #501004361147 pages 001-027 |
| | | 3 | | Wells Fargo Bank Records Acct #2502159375 pages 0001-1314 |
| | | 4 | | Wells Fargo Bank Records Acct #6783965202 pages 001-271 |
| | | 5 | | Chase Bank Records Acct # 634094312 pages 001-275 |
| | | 6 | | Bank of America Records Acct #501004361121 pages 001-004 |
| | | 7 | | Bank of America Records Acct # 501004361134 pages 001-052 |
| | | 8 | | Line of Credit Agreement 1-9 |
| | | 9 | | Currency Services Agreement 1-4 |
| | | 10 | | Email 04/08/2008 |
| | | 11 | | Venetian Encryption Key |
| | | 12 | | Money Laundering Flip Chart |
| | | 13 | | Wachovia Checks |

# EXHIBIT LIST

Case No. 09-CR-00078-JCM-RJJ                                   Page 2 of 4

*United States of America vs. Shawn Rice*

Exhibits on behalf of: AUSA Gregg Damm.

| DATE MARKED | DATE ADMITTED | IDENTIFICATION NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
|  |  | 14 |  | Advice of Rights Sam Davis 03/05/2009 |
|  |  | 15 |  | Video |
|  |  | 15A |  | Recording 1D085 – Davis dated 04/05/2008 |
|  |  | 15B |  | Transcript |
|  |  | 16 |  | Video |
|  |  | 16A |  | Recording 1D102-Davis dated 06/17/2008 |
|  |  | 16B |  | Transcript |
|  |  | 17 |  | Video |
|  |  | 17A |  | Recording 1D205 Rice dated 10/10/2008 |
|  |  | 17B |  | Transcript |
|  |  | 18 |  | Video |
|  |  | 18A |  | Recording 1D214A Rice dated 11/05/2008 |
|  |  | 18B |  | Transcript |

# EXHIBIT LIST

Case No. 09-CR-00078-JCM-RJJ                                             Page 3 of 4

*United States of America vs. Shawn Rice*

Exhibits on behalf of: AUSA Gregg Damm.

| DATE MARKED | DATE ADMITTED | IDENTIFICATION NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 19 | | Photo or Rice Shawn |
| | | 20 | | Photo of Shawn Rice |
| | | 21 | | Compilation Notebook |
| | | 22 | | Money Laundering Summary Presentation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# EXHIBIT LIST

Case No. 09-CR-00078-JCM-RJJ

Page 4 of 4

*United States of America vs. Shawn Rice*

Exhibits on behalf of: AUSA Gregg Damm.

| DATE MARKED | DATE ADMITTED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | NO. | WITNESS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |