1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   J. Gregory Damm
3  Nicholas D. Dickinson
   Assistant United States Attorneys
4  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-5087
6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                               -oOo-

10 UNITED STATES OF AMERICA,      )   2:09-CR-078-JCM-(RJJ)
                                  )   2:10-CR-520-JCM-(RJJ)
11         Plaintiff,              )
                                  )   STIPULATION TO WAIVE JURY
12    vs.                          )   TRIAL AND TO ADMIT
                                  )   GOVERNMENT EXHIBITS 1-7
13 SHAWN RICE,                    )
                                  )
14         Defendant.              )

15

16      The United States, by and through Daniel G. Bogden, United States Attorney;

17 and J. Gregory Damm, Assistant United States Attorney; and the Defendant, Shawn

18 Rice hereby stipulate as follows:

19      1.   The parties mutually agree to waive their respective rights to a jury trial

20           in this case and consent to trial before the Court.

21      2.   The parties mutually agree and stipulate that Government Exhibits 1-7 be

22           admitted into evidence without calling a records custodian to authenticate

23           these bank records from 1st Utah Bank, account # xxxx4697; Bank of

24           America, account # xxxxxxxx1147; Wells Fargo Bank, account #

25           xxxxxx9375; Wells Fargo Bank, account # xxxxxx5202; Chase Bank

26

records, account # xxxxx4312; Bank of America records, account # xxxxxxxx1121; and, Bank of America records, account # xxxxxxxx1134.

DATED this ___18th___ day of July, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ J. Gregory Damm*
J. GREGORY DAMM
Assistant United States Attorney

*/s/ Shawn Rice*
SHAWN RICE
Defendant