Shawn Talbot: Rice
in "care of" general post-office box 1092.
nation arizona. seligman city. Rice province.
United States minor, outlying islands
near [86337-1092].

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2012 JUL 18 P 3: 37

CLERK
DISTRICT OF NEVADA

BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: |
| Plaintiff / Respondent, ) | 2:10-cr-00520-JCM-RJJ-1 |
| vs. ) | List of Exhibits |
| SHAWN TALBOT RICE ) |  |
| Defendant / Petitioner ) |  |

# List of Exhibits

Exhibit 06-29-2012        Lodgment of Motive of Literary Writing *Lucifer's Paradise*

Exhibit 07-13-2012-1      Lodgment of Partial Bankruptcy Records

Exhibit 07-13-2012-2      Lodgment of Partial Revesting of Title Documents and Law Suit

Exhibit 07-06-2012-1      Motion to Dismiss Failure to State a Claim, Memorandum on Subject Matter Jurisdiction, Clerk of USDC Court Record of Lien Search

Exhibit 07-06-2012-2      Lodgment of Defendant Literary Writing *Memorandum of the 1099*

Exhibit 07-05-2012-1      Motion to Dismiss 18 USC With National Archived Documents

Exhibit 07-17-2012        Lodgment of Affidavits of Mail Delivery Discrepancies

a. Minute order 5 May, 2012

b. Minute order 4 June 2012

c. Affidavit of Kristin Rice with mail from USDC Clerk of Las Vegas and Envelopes attached

d. Affidavit of Elizabeth May

e. Affidavit of John Marsing

\
\
\

Respectfully Submitted this ___18___ day of ___July___ 2012.

_Shawn J. Rice, Pro per_
Shawn Rice, Pro per

Respectfully Submitted, this _18_ day of _July_ 2012.

_____
Shawn Talbot Rice, Pro Per