DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. Gregory Damm
Nicholas D. Dickinson
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN RICE,<br><br>Defendant. | 2:09-CR-078-JCM-(RJJ)<br>2:10-CR-520-JCM-(RJJ)<br><br>STIPULATION TO WAIVE JURY TRIAL AND TO ADMIT GOVERNMENT EXHIBITS 1-7 |

The United States, by and through Daniel G. Bogden, United States Attorney; and J. Gregory Damm, Assistant United States Attorney; and the Defendant, Shawn Rice hereby stipulate as follows:

1. The parties mutually agree to waive their respective rights to a jury trial in this case and consent to trial before the Court.

2. The parties mutually agree and stipulate that Government Exhibits 1-7 be admitted into evidence without calling a records custodian to authenticate these bank records from 1st Utah Bank, account # xxxx4697; Bank of America, account # xxxxxxxx1147; Wells Fargo Bank, account # xxxxxx9375; Wells Fargo Bank, account # xxxxxx5202; Chase Bank

records, account # xxxxx4312; Bank of America records, account # xxxxxxxx1121; and, Bank of America records, account # xxxxxxxx1134.

DATED this ___18th___ day of July, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ J. Gregory Damm*
J. GREGORY DAMM
Assistant United States Attorney

*/s/ Shawn Rice*
SHAWN RICE
Defendant

IT IS SO ORDERED this 19th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE