**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

VS.

SHAWN RICE,

      Defendant,

2:09-CR-00078-JCM-RJJ

MINUTES OF THE COURT

DATED:   July 24, 2012

PRESENT:

THE HONORABLE **JAMES C. MAHAN, UNITED STATES DISTRICT JUDGE**

DEPUTY CLERK: DENISE SAAVEDRA          COURT REPORTER: JOY GARNER

PRESENT FOR PLAINTIFF: GREGORY DAMM, AUSA AND JOSH BARRON, LAW CLERK

PRESENT FOR DEFENDANT: SHAWN RICE, PRO SE

BENCH TRIAL -  DAY 2

      Proceedings begin at 9:10 a.m. IRS Special Agent Dave Lowe, FBI Agent Joel Willis are present in the courtroom.

      **Thomas Schaults** is sworn to testify as a witness for the Defendant. Mr. Rice examines the witness. No exhibits are admitted. The witness is excused.

      Proceedings recess from 9:26 a.m. to 9:30 a.m.

      Defendant rests. The Government rests.

      Mr. Damm presents the Government's closing statement. Mr. Rice presents Defendant's closing statement.

      Proceedings recess from 10:41a.m. - 10:58 a.m.

      Mr. Damm presents the Government's rebuttal argument.

      The Court has reached it's finding. Defendant Shawn Rice is found GUILTY of the offenses charged in (2:10-CR-520-JCM-RJJ) for Failure to Appear and Counts 1, and 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, and 31 (2:09-CR-78-JCM-RJJ).

      This matter is referred to United States Probation to prepare a presentence report. **Sentencing is set for Wednesday, October 24, 2012 at 10:00 AM.**  Defendant continues in Custody.

Proceedings adjourn at 11:08 a.m.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

/s/_____
Denise Saavedra, DEPUTY CLERK