# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWN RICE,<br><br>    Defendant. | 2:09-CR-78 JCM (RJJ)<br>2:10-CR-520 JCM (RJJ) |

### ORDER

Presently before the court is *pro se* defendant Shawn Talbot Rice's second motion for enlargement of time. (Doc. # 307 in case 2:09-cr-00078; doc. # 68 in case 2:10-cr-00520).

Defendant seeks to continue the sentencing hearing, currently set for November 23, 2012, to December 27, 2012. (Doc. # 307, 2:4 in case 2:09-cr-00078; doc. # 68, 2:4 in case 2:10-cr-00520). The court, in a previous order granting defendant an extension of time, permitted defendant to seek an additional continuance of his sentencing hearing if he did not receive a trial transcript in his case by September 28, 2012. (Doc. # 304). Defendant represents to the court that, to date, he has not been furnished with the trial transcript. (Doc. # 307, 2:3 in case 2:09-cr-00078; doc. # 68, 2:3 in case 2:10-cr-00520). Without these transcripts defendant does not believe he can sufficiently prepare for his sentencing hearing.

The court appreciates the importance of a criminal *pro se* defendant's ability to adequately prepare for critical stages of a proceeding. *See Gardner v. Florida,* 430 U.S. 349, 358, (1977) (sentencing is critical stage in criminal proceedings). Because defendant has been unable to obtain important documents to present his position at the sentencing hearing, the court finds good cause for

**James C. Mahan**
**U.S. District Judge**

a continuance.[1]

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, motion for enlargement of time (doc. # 307 in case 2:09-cr-00078; doc. # 67 in case 2:10-cr-00520) be, and the same hereby is, GRANTED.

THEREFORE IT IS ORDERED that the sentencing hearing be **continued to December 27, 2012, at 10:00 a.m.**

DATED October 23, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The court declines to order that the trial transcript be provided to defendant at no cost. The court's finds that granting defendant's extension of time adequate to permit defendant to exhaust the administrative requirements at his facility to obtain the transcript.

**James C. Mahan**
**U.S. District Judge**

- 2 -